THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. LEO JANKOWSKI, Appellant.

(Argued March 19, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Supreme Court, rendered December 11, 1919, at a Trial Term for the county of Clinton, upon a verdict convicting the defendant of the crime of murder in the first degree and from an order denying a motion for a new trial.

*Roy R. Richard* for appellant.

*Harold A. Jerry, District Attorney,* for respondent.

Judgment of conviction and order denying motion for new trial affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.